UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAHMEL THOMPSON,                                                    JUDGMENT
                                                                    08-CV- 3426 (ARR)
                              Petitioner,

   -against-

JOHN B. LEMKE, Superintendent,
Five Points Correctional Facility,

                            Respondent.
-----------------------------------------------------------------X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 23, 2009, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be granted.


Dated: Brooklyn, New York
       November 24, 2009
                                                                  /S/
                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court